DANIEL J. BRODERICK, Bar #89424
Federal Defender
CHARLES J. LEE, Bar #221057
Assistant Federal Defender
Designated Counsel for Service
2300 Tulane Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
HIPOLITO SANCHEZ-MOLINA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> *Plaintiff,* <br> v. <br> HIPOLITO SANCHEZ-MOLINA, <br> *Defendant.* | No. 1:10-cr-0099 OWW <br><br> STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE HEARING <br><br> DATE: August 30, 2010 <br> TIME: 9:00 A.M. <br> JUDGE: Hon. Oliver W. Wanger |

**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective counsel that the status conference in the above-captioned matter now set for August 2, 2010, **may be continued to August 30, 2010 at 9:00 A.M.**

This continuance is at the request of defense counsel as it needs additional time to discuss the government's proposed plea offer with client. Further, defense has ongoing investigation it needs more time to complete. This continuance is requested with the intention of conserving time and resources for both parties and the court.

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein for effective defense preparation pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and 3161(h)(8)(B)(i) and (iv).

BENJAMIN B. WAGNER

|   |   |   |   |
|---|---|---|---|
| | | | United States Attorney |
| DATED: July 27, 2010 | | By: | /s/ Susan Phan |
| | | | SUSAN PHAN |
| | | | Assistant United States Attorney |
| | | | Attorney for Plaintiff |
| | | | |
| | | | DANIEL J. BRODERICK |
| | | | Federal Defender |
| DATED: July 27, 2010 | | By: | /s/ Charles J. Lee |
| | | | CHARLES J. LEE |
| | | | Assistant Federal Defender |
| | | | Attorney for Defendant |
| | | | HIPOLITO SANCHEZ-MOLINA |

**O R D E R**

**IT IS SO ORDERED.** Time is excluded pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and 3161(h)(8)(B)(i) and (iv).

IT IS SO ORDERED.

**Dated:   July 27, 2010**                    /s/ **Oliver W. Wanger**
                                                              UNITED STATES DISTRICT JUDGE

Stipulation and Order to
Continue Status Conference Hearing                2